James T. Jackson, Esq. SBN 153587
Email: jjackson@jacksonandassociateslaw.com
Jessica A. Crabbe, Esq. SBN 263668
Email: jcrabbe@jacksonandassociateslaw.com
**JACKSON & ASSOCIATES**
**Attorneys at Law, A Professional Corporation**
2424 S. E. Bristol, Suite 300
Newport Beach, California 92660
Tel: (949) 932-0692

Attorneys for Defendant, Counter-Claimant, Counter-Defendant and Cross-Claimants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BUSINESS WARRIOR CORPORATION, a Wyoming corporation,<br><br>                     Plaintiff,<br>vs.<br><br>TIMOTHY LI, an individual, and DOES 1 through 10, inclusive,<br><br>                     Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS | CASE NO. 8:22-CV-2144<br>[Assigned to Honorable David O. Carter]<br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT**<br><br>**(Fed. R. Civ. P. 7.1)** |
|---|---|

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Cross-Claimant Constellation Fintech Holdings, LLC dba Constellation Fintech Holding, a Delaware Corporation hereby submits the following corporate and business entity disclosure statement:

    1.    Constellation Fintech Holdings, is a Delaware corporation residing in California.

1

**AMENDED CORPORATE DISCLOSURE STATEMENT**

2. The owners of Constellation Fintech Holdings, are individuals who reside in the States of California and Texas.

3. No publicly held company holds any interest in Constellation Fintech Holdings.

DATED: June 13, 2023

**JACKSON & ASSOCIATES**
**Attorneys at Law, A Professional Corporation**

By: _/s/ James Jackson_
James T. Jackson
Jessica A. Crabbe
Attorneys for Defendant, Counter-Claimant, Counter-Defendant and Cross-Claimants *TIMOTHY LI* and *CONSTELLATION FINTECH HOLDINGS, LLC* dba/Constellation Fintech Holding, a Delaware Corporation

**CERTIFICATE OF SERVICE**

  The undersigned hereby certify that a true and correct copy of the **AMENDED CORPORATE DISCLOSURE STATEMENT**, filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on non-registered participants on **June 13, 2023**.

  Executed on **June 13, 2023**, at Newport Beach, California.

_____
Rosie Cantillo