# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No: SA CV 22-02144-DOC-ADS          Date: July 24, 2023

Title: Business Warrior Corporation v. Timothy Li, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Sharon Seffens |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Joshua Herndon | James T. Jackson |

**PROCEEDINGS:**     MOTION TO DISMISS CASE , MOTION FOR ORDER FOR SEVER , MOTION TO TRANSFER CASE TO U.S. DISTRICT COURT, DIST. OF DELAWARE [45]

The case is called.

The Court hears oral arguments.

The Court DENIES Motion to Dismiss Case, Motion for Order for Sever , Motion to Transfer Case to U.S. District Court, Dist. of Delaware [45]; written order to issue.

The parties shall submit stipulation on proposed date for scheduling conference.

                                                                                   :     22

                                                          Initials of Deputy Clerk: kdu